# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                 **Case No. 6:06-cr-205-Orl-18DAB**

**ALBERT J. WARREN**

_____

## ORDER

This cause came on for consideration without oral argument on review of the Government's Response (Doc. No. 21) to this Court's Order to Show Cause (Doc. No. 19). In the Response, counsel states that his failure to timely appear was due to a personal calendaring error, and an unknown failure to note the appearance on the electronic office calendar. In view of the history of professionalism customarily characteristic of counsel, the Court agrees that a sanction of public reprimand would be inappropriate to punish what it trusts will be an isolated event. Any further action will be dehors the record. The Order to Show Cause is **DISCHARGED.**

**DONE** and **ORDERED** in Orlando, Florida on this 7th day of November, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant